# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**HARRY L. CLARK**                                                      **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO. 3:08-CV-481-DPJ-JCS**

**ASBURY AUTOMOTIVE**
**MISSISSIPPI, INC.**                                                   **DEFENDANT**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** being presented upon the *Joint Motion for Judgment of Dismissal with Prejudice* heretofore filed by the parties and the Court, having been advised that all claims have been resolved between said parties, is of the opinion that said motion is well-taken and should be granted; therefore,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this cause be and the same is hereby dismissed with prejudice and judgment is entered accordingly.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that each party shall bear their own costs incurred in this cause.

**ADJUDGED**, this 30 day of March, 2009.

_____
~~Circuit Court Judge~~ District Court Judge

**AGREED AND APPROVED:**

_____
Pat Frascogna, Esq.
Attorney for Plaintiff

_____
Marc E. Brand, Esq.
Attorney for Defendant